COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:      Jonathan B. Berryhill v. Michelle Leigh Berryhill

Appellate case number:    01-22-00352-CV

Trial court case number:  109759-F

Trial court:              300th District Court of Harris County

Date motion filed:        January 23, 2023

Party filing motion:      Appellant


        The en banc court has unanimously voted to deny the motion for en banc reconsideration filed by appellant.  It is ordered that the motion is **denied**.


Judge's signature: ___/s/ Julie Countiss_____
                        Acting for the Court*

*En banc court consists of Chief Justice Adams and Justices Kelly, Goodman, Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Landau, J., not sitting.

Date: ___February 7, 2023_____